Matter of Kiel A. (2024 NY Slip Op 03621)

Matter of Kiel A.

2024 NY Slip Op 03621

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

339 CAF 23-00040

[*1]IN THE MATTER OF KIEL A., JR. AND TRENTYN A. HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; KIEL A., SR., RESPONDENT-APPELLANT, AND CHELSEA F., RESPONDENT.

PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-APPELLANT.
ROBERT J. MALONE, COUNTY ATTORNEY, HERKIMER (MICHELLE K. FASSETT OF COUNSEL), FOR PETITIONER-RESPONDENT.
SCOTT A. OTIS, WATERTOWN, ATTORNEY FOR THE CHILDREN.

Appeal from an order of the Family Court, Herkimer County (Thaddeus J. Luke, J.), entered December 21, 2022, in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent Kiel A., Sr., neglected the subject children. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 24 and February 23, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court